IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

JEFRY RODRIGUEZ ESPINO,                     *

           Petitioner,                 *

v.                                                   Case No. 7:26-cv-52 (LAG-CHW)

                                           *

WARDEN IRWIN COUNTY DETENTION
CENTER,                                     *

           Respondent.                 *

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated March 23, 2026 and for the reasons stated therein,

JUDGMENT is hereby entered in favor of Petitioner.

This 24th day of March, 2026.

David W. Bunt, Clerk


s/ Katie Logsdon, Deputy Clerk